UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

RECEIVED CLERK

JUL 0 6 2010

U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 0 8 2010

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

TRUJILLO, DANIEL L
3415 West 2350 North
Plain City, UT 84404
801-784-0689

(PLAINTIFF)

*VERSUS*

CROSSCHECK INC

JOHN DAVID SIEMBIEDA
(AUTHORIZED AGENT)
6119 State Farm Drive
Rohnert Park, CA 94928

(DEFENDANT)

**ORDER TO DISMISS WITHOUT PREJUDICE**

Civil Case No.

1:10-CV-00090-CW-BCW

After review of the Plaintiff's motion to dismiss the case due to his desire to pursue the cause of action in small claims court in the State of Utah, and to prevent the burden of this court to carry any costs of time and resources in the case, the motion is granted. The case is hereby dismissed without prejudice.

SO ORDERED this 7th day of July, 2010

_____
Judge